[No. 13245-5-III.     Division Three.     April 13, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE ANTHONY SPARKS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 92-1-01625-8, James M. Murphy, J., entered May 4, 1993. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Sweeney, J.

[No. 13490-3-III.     Division Three.     April 13, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY WAYNE CALLANTINE, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 93-1-00195-1, Evan E. Sperline, J., entered August 30, 1993. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Sweeney, J.

[No. 13496-2-III.     Division Three.     April 13, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH RANDALL MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 92-1-00561-2, Carol A. Wardell, J., entered August 27, 1993. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Schultheis, J.